```
LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.2:10-cr-00409-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| GERARDO ESTRADA-LOPEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Michele Beckwith, and defendant Gerardo Estrada-Lopez, by and through his attorney, Lorie J. Teichert, that the previously set Status Conference of November 10, 2010 be continued to January 6, 2011 at 9:00 a.m.

///

///

///

1

It is further stipulated and agreed between the parties that the time period between the date of this stipulation, November 9, 2010, through and including January 6, 2011, shall be excluded from computation of the time within which the trial of the above criminal prosecution must be commenced under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In particular, defense counsel needs more time for the purpose of conducting research of factual and legal issues, discussion of these issues with the defendant, receipt and consideration of the Pre-Plea Sentencing Report, and settlement negotiations.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: November 9, 2010          Respectfully submitted,

     /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Gerardo Estrada-Lopez

Dated: November 9, 2010          BENJAMIN B. WAGNER
United States Attorney

By: /s/Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set status conference is continued to January 6, 2011.  It is further ordered that time from the date of the parties' stipulation, November 9, 2010, until and including January 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE