LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No.2:10-cr-00409-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| GERARDO ESTRADA-LOPEZ, | ) | |
| Defendant. | ) | |

   IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Michele Beckwith, and defendant Gerardo Estrada-Lopez, by and through his attorney, Lorie J. Teichert, that the previously set Status Conference of January 6, 2011 be continued to January 27, 2011 at 9:00 a.m.

   It is further stipulated and agreed between the parties that the time period between the date of this stipulation, January 2, 2011, through and including January 27, 2011, shall be excluded from computation of the time within which the trial of the above criminal prosecution must be commenced under the Speedy Trial

1 Act.  The parties stipulate that the ends of justice are served
2 by the Court excluding such time, so that counsel for the
3 defendant may have reasonable time necessary for effective
4 preparation, taking into account the exercise of due diligence.
5 In particular, defense counsel has just received the Pre-Plea
6 Sentencing Report and the government's offer based on that
7 report.  Counsel needs more time for the purpose of conducting
8 research of factual and legal issues, discussion of these issues,
9 the Pre-Plea Report, and the plea offer with the defendant, and
10 further settlement negotiations.  All parties stipulate and agree
11 that this is an appropriate exclusion of time within the meaning
12 of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: January 2, 2011        Respectfully submitted,

                                 /s/ Lorie J. Teichert
                              LORIE J. TEICHERT
                              Attorney for Defendant
                              Gerardo Estrada-Lopez


Dated: January 2, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/Michele Beckwith
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order. It is ordered that the previously set status conference is continued to January 27, 2011. It is further ordered that time from the date of the parties' stipulation, January 2, 2011, until and including January 27, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: January 5, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE